FILED
CLERK, U.S. DISTRICT COURT
2/6/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: IV DEPUTY

# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | 8:21-cv-00389-SSS-ADSx | **Title** | Martin Hayes, et al. v. James Scherer, et al. |
| **Judge** | Sunshine S. Sykes, United States District Judge | | |
| **Dates of Trial or Hearing** | February 6, 2023 | | |
| **Court Reporters or Tape No.** | Laura Elias | | |
| **Deputy Clerks** | Irene Vazquez | | |

| **Attorney(s) for Plaintiff(s) / Petitioner(s)** | **Attorney(s) for Defendant(s) / Respondent(s)** |
|---|---|
| Kenneth Joseph Catanzarite | Leeanne Jenise Sharlow, Pro Se |
| | |
| | |
| | |
| | |

| **Plaintiff(s) or Petitioner(s)** | | | **Defendant(s) or Respondent(s)** | | | **EXHIBIT DESCRIPTION / WITNESS** | **Called By** |
|---|---|---|---|---|---|---|---|
| **Ex. No.** | **Id.** | **Ev.** | **Ex. No.** | **Id.** | **Ev** | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARTIN HAYES, a.k.a. MARTY HAYES, et al.;

Plaintiffs,

v.

JAMES SCHERER, et al.;

Defendants.

Case No. 8:21-cv-00389-SSS-ADS

Assigned for All Purposes to the Judge Sunshine S. Sykes

**JOINT TRIAL EXHIBIT LIST**

Trial Date: February 6, 2023
Time: 9:00 a.m.
Courtroom: 2

| Ex. # | Description | Date | | Objections to Authenticity and/or Admissibility & Reason for the Objection |
|---|---|---|---|---|
| | | Identified | Admitted | |
| **PLAINTIFF'S TRIAL EXHIBITS** | | | | |
| 1 | Wire Transfer Outgoing Request from Leeanne J. Sharlow to Winglejia Hongkong Limited for Linchpin Energy, LLC | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Defendant LeeAnne Jenise Sharlow, a.k.a LeeAnne J. LaMotte's answer to the Complaint | | | |
| 3 | June 15, 2021 | | | |
| | Declaration of Defendant LeeAnne Jenise Sharlow, a.k.a LeeAnne J. LaMotte | | | |
| 4 | July 2019 Solicitation Emails | 2/6/23 | 2/6/23 | |
| 5 | Law Office of LeeAnne J. Sharlow Irrevocable Master Fee Protection Agreement between Linchpin Energy, LLC and Martin Hayes dated July 19, 2019 | | | |
| 6 | Law Office of LeeAnne J. Sharlow Irrevocable Master Fee Protection Agreement between Linchpin Energy, LLC and Aaron Olsen dated July 19, 2019 | | | |
| 7 | Linchpin Energy, LLC Corporate Guarantee | | | |
| 8 | Jet Fuel Colonial Grade (JP54) Specifications | | | |

| | | | | |
|---|---|---|---|---|
| 9 | Havenkoerier Invoice | | | |
| 10 | Fidelis Capital Limited Blocking Certification dated April 8, 2019 | | | |
| 11 | Law Offices of LeeAnne J. Sharlow Collateral Pledge Agreement between Fidelis Capital Limited and Global Resource Advisors, LLC accepted and agreed as of July 5, 2019 | | | |
| 12 | Linchpin Energy LLC Commercial Invoice dated July 5, 2019 | 2/6/23 | 2/6/23 | |
| 13 | Fosel Neft Statement of Product Availability dated June 5, 2019 | | | |
| 14 | Fosel Neft Committment Assurance Letter to Supply dated June 5, 2019 | | | |
| 15 | Transmission of Hazardous Liquid/Goods Through Pipeline Via Tank/Ex Shore Tank (Injection Schedule) dated June 5, 2019 | | | |

| | | | | |
|---|---|---|---|---|
| 16 | Transmission of Hazardous Liquid/Goods Through Pipeline (Injection Report) | | | |
| 17 | Linchpin Energy LLC Seller Banking Information | | | |
| 18 | Havenkorier Tank Storage Agreement dated January 9, 2019 | | | |
| 19 | Filed Direct Testimony Declaration of Martin Hayes aka Marty Hayes [Dkt. 70] | 2/6/23 | 2/6/23 | |
| 20 | Filed Direct Testimony Declaration of Aaron Olsen | 2/6/23 | 2/6/23 | |
| **DEFENDANTS' TRIAL EXHIBITS** | | | | |
| 101 | July 18, 2019 Thread from Timothy Sharlow to Marty Hayes | 2/6/23 | 2/6/23 | |
| 102 | July 19, 2019 Email Thread from Linchpin Energy LLC to Aaron Olsen and Marty Hayes of Injection Report; includes email from Paul McAdam, Head of Logistics for Oil & | | | |

| | | | | |
|---|---|---|---|---|
| | Gas Pipeline Control | | | |
| 103 | July 19, 2019 Email Attachments from Linchpin Energy LLC:<br>* Track 1- Cover page for Fuel Injection System Market Research Report and Analysis<br>* Track 2- Satellite map of product<br>* Track 3- Satellite map of where Je Fuel JP54 was moved from<br>* Track 4-Satellite map of where the Jet Fuel Grade JP54 was injected to<br>* Injection Report JP54 2M Havenkoerier signed by Paul McAdam, Head of Logistics for Oil & Gas Pipeline Control | 2/6/23 | 2/6/23 | |
| 104 | Injection Schedule (Transmission of Hazardous Liquid / Goods Through Pipeline Via TanklEx Shore Tank) JP54 dated June 5, 2019 | | | |

| | | | | |
|---|---|---|---|---|
| 105 | Statement of Availability issued to Linchpin Energy, LLC on June 5, 2019 | 2/6/23 | 2/6/23 | |
| 106 | Commitment Assurance Letter to Supply issued to Linchpin Energy, LLC on June 6, 2019 | 2/6/23 | 2/6/23 | |
| 107 | July 19,2019 Email Thread to Aaron Olsen from the Law Office of LeeAnne 1. Sharlow LLC, immediately following sending receipt of the wire of Plaintiffs' funds for the invoice; Olsen responds "Thank you" | 2/6/23 | 2/6/23 | |
| 108 | Havenkoerier Invoice issued to Linchpin Energy LLC on 06.14.19 | 2/6/23 | 2/6/23 | |
| 109 | 07.19.19 Wire Transfer Receipt from Law Office of LeeAnne 1. Sharlow, LLC for Havenkoerier Invoice | 2/6/23 | 2/6/23 | |
| 110 | Irrevocable Master Fee Protection Agreement between Linchpin Energy | 2/6/23 | 2/6/23 | |

| | | | | |
|---|---|---|---|---|
| | LLC and Martin Hayes, dated July 19, 2019 | | | |
| 111 | Irrevocable Master Fee Protection Agreement between Linchpin Energy LLC and Aaron Olsen, dated July 19, 2019 | 2/6/23 | 2/6/23 | |
| 112 | July 20, 2019 Forward Email from Linchpin Energy LLC to Aaron Olsen and Marty Hayes - Havenkoerier-BV acknowledges receipt of wire | | | |
| 113 | July 21,2019 Email from Linchpin Energy, LLC to Havenkoerier | | | |
| 114 | July 20, 2019 Email from the Law Office of LeeAnne 1. Sharlow, LLC to Havenkoerier concerning a "swift copy" | 2/6/23 | 2/6/23 | |
| 115 | July 20, 2019 Email from Linchpin Energy, LLC to Marty Hayes relaying Havenkoerier's response | 2/6/23 | 2/6/23 | |

| | | | | |
|---|---|---|---|---|
| 116 | July 20,2019 Email from Marty Hayes to Linchpin Energy, LLC "Thanks for the opportunity" | 2/6/23 | 2/6/23 | |
| 117 | July 23, 2019 Email from Linchpin Energy, LLC to Havenkoerier providing tracking number again | | | |
| 118 | July 26,2019 DocuSign Voided Havenkoerier B.V. (TSA) for JP54, Linchpin Guarantee, and Collateral Pledge Agreement from Fidelis Capital Limited | | | |
| 119 | July 26, 2019 Email from Marty Hayes to cancel the DocuSign for Havenkoerier B.V. (TSA) for JP54, Linchpin Guarantee, and Collateral Pledge Agreement from Fidelis Capital Limited | | | |
| 120 | July 30,2019 Email from the Law Office of LeeAnne 1. Sharlow, LLC to Marty Hayes to provide updates | 2/6/23 | 2/6/23 | |

| | | | | |
|---|---|---|---|---|
| 121 | September 18, 2019 Email from Havenkoerier refusing to perform the "dip test" until demurrage is settled | 2/6/23 | 2/6/23 | |
| 122 | September 18, 2019 Letter from the Law Office of LeeAnne 1. Sharlow to Havenkoerier | 2/6/23 | 2/6/23 | |
| 123 | September 27, 2019 Email from Foselneft LLC | 2/6/23 | 2/6/23 | |
| 124 | August 30,2021 Declaration of Martin Hayes | 2/6/23 | | |
| 125 | August 30,2021 Declaration of Aaron Olson | | | |

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

MARTIN HAYES, a.k.a. MARTY HAYES, et al.;

Plaintiffs,

v.

JAMES SCHERER, et al.;

Defendants.

Case No. 8:21-cv-00389-SSS-ADSx

Assigned for All Purposes to the Judge Sunshine S. Sykes

**TRIAL WITNESS LIST**

Trial Date: February 6, 2023
Time: 9:00 a.m.
Courtroom: 2

| Witness's Name, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (Hours) | Time for Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Martin Hayes, a.k.a. Marty Hayes, c/o Kenneth J. Catanzarite 2331 W Lincoln Ave., Anaheim, CA 92801 | Will testify about the claims brought by himself against defendants as well as the rebuttal of the defenses raised. | 1.25 hrs | 0.75 hrs | 2/6/23 |
| Aaron Olsen, c/o Kenneth J. | Will testify about the claims brought by | 1.25 hrs | 0.75 hrs | 2/6/23 |

| | | | | |
|---|---|---|---|---|
| Catanzarite 2331 W Lincoln Ave., Anaheim, CA 92801 | himself against defendants as well as the rebuttal of the defenses raised. | | | |
| Leeanne Jenise Sharlow , a.k.a. Leeanne J. LaMotte 1160 Florida Blvd (70802) P.O. Box 767 Baton Rouge, LA 70821 | Ms. Sharlow has knowledge of the facts laid out in Plaintiffs' Complaint and will testify about the defenses to the claims raised and alleged by Plaintiffs. | 2.50 hrs | 1 hr | 2/6/23 |