JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN HAYES, *et al.*,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES SCHERER, *et al.*,<br>　　　　　　　Defendants. | Case No. 8:21-cv-000389-SSS-ADSx<br><br>**FINAL JUDGMENT ORDER** |

# JUDGMENT

Pursuant to the Court's Bench Trial Order [Dkt. 95], Order Denying Plaintiffs' Motion for Default Judgment against Defendant Law Office of LeeAnne J. Sharlow [Dkt. 93], and Order Granting Plaintiffs' Motion for Default Judgment against Defendants James Scherer and Linchpin Energy, LLC [Dkt. 94], **IT IS HEREBY ORDERED THAT:**

1. Judgment is found in the favor of Plaintiffs in the amount of $360,000, prejudgment interest in the amount of $144,000, attorney's fees in the amount of $10,800, and costs in the amount of $350 and $52—for a total amount of $515,202 as against Defendants James Scherer and Linchpin Energy, LLC, jointly and severally.

2. Judgment is found in favor of Defendant LeeAnne J. Sharlow and the Law Office of LeeAnne J. Sharlow. As such Plaintiffs take nothing by way of their complaint.

3. Plaintiffs and Defendant LeeAnne J. Sharlow shall bear their own costs.

**IT IS SO ORDERED.**

Dated: August 8, 2023

SUNSHINE S. SYKES
United States District Judge